UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANTAL KAITLIN BAKER KANTEH,
                            Plaintiff,

-against-

ALEJANDRO MAYORKAS, et al.,

                            Defendants.
------------------------------------------------------------X

23 Civ. 1179 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on February 12, 2023, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **April 4, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **April 18, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: March 7, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE